# EXHIBIT 2

| US6346795 | PowerSonic – 'PSL-BTP-24500' ("The accused product") |
|---|---|
| 1. A discharge control circuit for controlling discharge of a battery including at least one cell comprising: | The accused product comprises a discharge control (e.g., over discharging protection circuit) circuit for controlling discharge of a battery (e.g., Lithium battery) including at least one cell (e.g., Lithium battery cells).  https://www.power-sonic.com/product/psl-btp-24500/ |



https://www.power-sonic.com/product/psl-btp-24500/



https://www.power-sonic.com/wp-content/uploads/2019/04/PSL-BTP-24500-Technical-Document.pdf

| | |
|---|---|
| a discharge control switch connected to the battery for cutting off a discharge current of the battery in response to a discharge stop signal; and | The accused product comprises a discharge control switch connected to the battery for cutting off a discharge current (e.g., turning off switch) of the battery in response to a discharge stop signal (e.g., over discharge control signal provided by the control circuit).<br><br>Upon information and belief, the accused product utilizes a discharge control switch in its Battery Management System (BMS) to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection.<br><br> <br><br>https://www.power-sonic.com/product/psl-btp-24500/ |



https://www.power-sonic.com/wp-content/uploads/2019/04/PSL-BTP-24500-Technical-Document.pdf

| | BMS SPECIFICATIONS | | |
|---|---|---|---|
| | Voltage | Charging | 29.2V |
| | | Balancing | 27.6V |
| | Current | Self-discharge | ≤3%/month |
| | | Max Charging | 50A |
| | | Max Discharging | 50A |
| | Over-charging Protection | Over-charging Voltage | 3.75±0.03V/Cell |
| | | Over-charge Delay Time | 1-2s |
| | | Over-charging Release Voltage | 3.60±0.05V/Cell |
| | Over-discharging Protection | Over-discharging Voltage | 2.00±0.05V/Cell |
| | | Over-discharge Delay Time | 1-2s |
| | | Over-discharging Release Voltage | 2.50±0.05V/Cell |
| | Over-current Protection | Over-current (Discharge) | 150-250A |
| | | Over-current Delay Time | 50-200ms |
| | | Release Condition | Charge to release |

https://www.power-sonic.com/wp-content/uploads/2019/04/PSL-BTP-24500-Technical-Document.pdf

| | |
|---|---|
| a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal that | The accused product comprises a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal (e.g., over discharge control signal provided by the control circuit) that deactivates the discharge control switch when a voltage of at least one cell reaches a lower limit (e.g., over discharge detection voltage), wherein the control circuit includes a switch holding circuit (e.g., delay generating circuit) for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time (e.g., over-discharge delay time set by the circuit) after the discharge stop signal is generated. |

| | |
|---|---|
| deactivates the discharge control switch when a voltage of at least one cell reaches a lower limit, wherein the control circuit includes a switch holding circuit for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time after the discharge stop signal is generated. | Upon information and belief, the accused product utilizes a discharge control switch in its Battery Management System (BMS) to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection.

FEATURES   SPECIFICATIONS   TERMINAL OPTIONS

- 25.6V 50Ah Smart LiFePO4 Battery
- Battery Management System (BMS) controls the parameters of the battery to provide optimum safety and performance
- BMS enhanced design balances the battery cells and protects against overcharging and discharging
- Bluetooth® communication capability for battery status monitoring through Power Sonic app
- Up to 10 times more cycles than lead acid batteries
- Faster charging and lower self-discharge
- Compact and only 40% of the weight of comparable lead acid batteries
- Delivers twice the power of lead acid batteries, even high discharge rate, while maintaining high energy capacity

Battery Management System (BMS) features include balancing function for cells, over-current protection, over-charge protection, over-discharge protection and over-temperature protection.

https://www.power-sonic.com/product/psl-btp-24500/ |



https://www.power-sonic.com/wp-content/uploads/2019/04/PSL-BTP-24500-Technical-Document.pdf

### BMS SPECIFICATIONS

| | | |
|---|---|---|
| Voltage | Charging | 29.2V |
| | Balancing | 27.6V |
| Current | Self-discharge | ≤3%/month |
| | Max Charging | 50A |
| | Max Discharging | 50A |
| Over-charging Protection | Over-charging Voltage | 3.75±0.03V/Cell |
| | Over-charge Delay Time | 1-2s |
| | Over-charging Release Voltage | 3.60±0.05V/Cell |
| Over-discharging Protection | **Over-discharging Voltage** | **2.00±0.05V/Cell** |
| | **Over-discharge Delay Time** | **1-2s** |
| | Over-discharging Release Voltage | 2.50±0.05V/Cell |
| Over-current Protection | Over-current (Discharge) | 150-250A |
| | Over-current Delay Time | 50-200ms |
| | Release Condition | Charge to release |

https://www.power-sonic.com/wp-content/uploads/2019/04/PSL-BTP-24500-Technical-Document.pdf